JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VANESSA HERNANDEZ, | ) | NO. 2:19-cv-00876-RGK-PJW |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER** |
| HCSG WEST, LLC, et al. | ) | |
| Defendant(s). | ) | |

Based on the parties' stipulation to proceed by way of binding arbitration, IT IS HEREBY ORDERED that this action be removed from the active caseload without prejudice to reopen the matter to enforce the arbitration.

DATED: February 22, 2019

_____
R. GARY KLAUSNER
**UNITED STATES DISTRICT JUDGE**